1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 CEDRIC RHYM, SR.,                                     No.  2:20-CV-0305-JAM-DMC-P

12                 Plaintiff,

13         v.                                                          ORDER

14 STATE OF CALIFORNIA, et al.,

15                 Defendants.

16

17         Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18 42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge pursuant to

19 Eastern District of California local rules.

20         On March 12, 2021, the Magistrate Judge filed findings and recommendations

21 herein which were served on the parties and which contained notice that the parties may file

22 objections within the time specified therein.   No objections to the findings and recommendations

23 have been filed.

24         The Court has reviewed the file and finds the findings and recommendations to be

25 supported by the record and the Magistrate Judge's analysis.

26 / / /

27 / / /

28 / / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed March 12, 2021, are adopted in full;

2.      This action is dismissed, without prejudice, for lack of prosecution and failure to comply with Court rules and orders; and

3.      The Clerk of the Court is directed to enter judgment and close this file.


DATED:  April 26, 2021                              /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE

2